IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 20-cv-01638-CMA-SKC

ELET VALENTINE,

    Plaintiff,

v.

JAMES RIVER INSURANCE COMPANY,
UBER TECHNOLOGIES, INC., and,
RASIER, LLC,

    Defendants.

## ORDER OVERRULING OBJECTIONS AND AFFIRMING MAGISTRATE JUDGE ORDERS

This matter is before the Court on multiple objections filed by Plaintiff Elet Valentine ("Plaintiff"), including Plaintiff's:

(1)    "Objection to Magistrate Judge Crew's [sic] Orders for [ECF#152] and [ECF#160] Re: Defendant Uber Technologies, Inc. and Raiser, LLC Responses and Objections to Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Request for Admission Defendant to Uber Technologies, Inc. and Raiser LLC" (Doc. # 162);

(2)    "Objection to Magistrate Judge Crew's [sic] Orders for [ECF#152] and [ECF#160] Re: Defendant James River's Insurance Company's Responses to Plaintiff's

1

First Set of Interrogatories, Requests for Production of Documents, and Request for Admissions to James River Insurance Company [ECF#140]" (Doc. # 163);

(3) "Objection to Magistrates August 31, 2021, Order [ECF#181] RE: Motions [ECF#89] and [ECF#90]" (Doc. #192); and

(4) "Objection to Magistrates August 31, 2021, Order [ECF#187] Re: Third Amended Notice 30(B)(6) Topics from [ECF#180]" (Doc. # 193) (collectively, the "Objections").

Under Rule 72(a) of the Federal Rules of Civil Procedure, a district court may reverse a magistrate judge's decision on a non-dispositive matter only if the decision is found to be "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a); *see also* 28 U.S.C. § 636(b)(1)(A).

The Court has reviewed Plaintiff's various Objections. Plaintiff fails to identify any part of Judge Crews's Orders that are clearly erroneous or contrary to law. Indeed, Plaintiff does not identify any factual or legal errors in Judge Crews's rulings. (*See* Doc. ## 162, 163, 192, 194.) Rather, Plaintiff simply disagrees with Judge Crews's rulings in this case. This is insufficient to reverse a magistrate judge's decision. *See* Fed. R. Civ. P. 72(a).

Further, the Court has reviewed Judge Crews's Orders. (Doc. ## 152, 160, 181, 187.) The Court finds that the Orders are neither clearly erroneous nor contrary to law. Therefore, the Court overrules Plaintiff's Objections (Doc. ## 162, 163, 192, 194) and affirms Judge Crews's Orders (Doc. ## 152, 160, 181, 187).

Accordingly, for the foregoing reasons, the Court ORDERS as follows:

- Plaintiff's Objections (Doc. ## 162, 163, 192, 194) are OVERRULED.

- Judge Crews's Orders (Doc ## 152, 160, 181, 187) are AFFIRMED.

DATED: April 15, 2022

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge